No. 82–6528.   LADEN *v.* MICHIGAN DEPARTMENT OF COR-
RECTIONS ET AL.   C. A. 6th Cir.   Certiorari denied.   ■

No. 82–6529.   HUFF *v.* UNITED STATES.   C. A. 10th Cir.
Certiorari denied.

No. 82–6530.   LEWIS *v.* UNITED STATES.   C. A. 10th Cir.
Certiorari denied.

No. 82–6574.   HOLLOWAY *v.* LYNCH.   C. A. 4th Cir.
Certiorari denied.

No. 82–6575.   JONES *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 82–6585.   DREYFUS-DE CAMPOS *v.* UNITED STATES.
C. A. 5th Cir.   Certiorari denied.

No. 82–6593.   BUTTS *v.* UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 82–6603.   BIVINS *v.* UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 82–6608.   GRAHAM ET AL. *v.* UNITED STATES.   C. A.
1st Cir.   Certiorari denied.

No. 82–6623.   WELTY *v.* UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 82–6624.   WILLIAMS *v.* UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 82–6630.   SCHLACKS *v.* UNITED STATES.   C. A. 7th
Cir.   Certiorari denied.

No. 82–6639.   GRAINGER *v.* UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.